October 18, 2007

Mr. Keith Ware
Reg No. 04068-070
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pennsylvania 17887

RECEIVED
OCT 19 2007
Property of U.S. District Court
District of Rhode Island

Office of the Clerk
United States District Courthouse
for the District of Rhode Island
Providence, Rhode Island 02903-1779

RE: PETITION FOR WRIT OF HABEAS COURPUS
PURSUANT TO TITLE 28 U.S.C. § 2241

Dear Clerk,

enclosed is a copy the original petition and (2) copies of the petition for writ of habeas corpus, and (3) copies of my Institutional Financial account statement to support my request to proceed In forma Pauperis.

Please includ within this filing that I, would like for the Court's leave to proceed In Forma Pauperis.

Thank you kindly for you attention in this matter.

Respectfully,

Keith Ware
KEITH WARE PRO SE

CC: kw/pf