# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**KEITH WARE**

**VS.** **C.A. NO. 07-392ML**

**RICARDO MARTINEZ,**
**Warden, U.S.P. Allenwood**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendant, Ricardo Martinez, against the petitioner, Keith Ware, pursuant to the Text Order dismissing the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 with prejudice.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: November 14, 2007